## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LARRY L. NIERMANN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:22-cv-03147** |
| | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Larry Niermann ("Plaintiff") and Defendant PHH Mortgage Corporation ("Defendant" or "PHH") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

Date: October 12, 2022.

Respectfully submitted,

By:     /s/ *Helen O. Turner*
        **Robert T. Mowrey** – Attorney-in-Charge
        Texas Bar No. 14607500
        S.D. Bar No. 9529
        rmowrey@lockelord.com
        **Vincent J. Hess**
        Texas Bar No. 09549417
        S.D. Bar No. 20194
        vhess@lockelord.com
        **Matthew H. Davis**
        Texas Bar No. 24069580
        S.D. Bar No. 1124612
        mdavis@lockelord.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

**Helen O. Turner**
Texas Bar No. 24094229
S.D. Bar No. 2924121
helen.turner@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1280
Telecopier: (713) 226-2501

**COUNSEL FOR DEFENDANT
PHH MORTGAGE CORPORATION**

By:    /s/ *Itzel Martinez Santos*
**Itzel Martinez-Santos**
THE LAW OFFICES OF
MARTINEZ & MARTINEZ, PLLC
310 S. St. Mary's St., Suite 980
San Antonio, Texas 78205
itzel@martinezlawtx.com
Telephone: (210) 499-6448
Telecopier: (210) 783-8555

**COUNSEL FOR PLAINTIFF
LARRY L. NIERMANN**